

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-21-00582-CV

John **DOE**,
Appellant

v.

Juan J. **CRUZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-001656-D4
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Sitting:　　Rebeca C. Martinez, Chief Justice
　　　　　　Luz Elena D. Chapa, Justice
　　　　　　Beth Watkins, Justice

The motion for sanctions filed by appellant John Doe is CARRIED WITH THE APPEAL.

It is so **ORDERED** on June 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
　　　　　　　MICHAEL A. CRUZ,
　　　　　　　CLERK OF COURT